United States Bankruptcy Court
District of Massachusetts (Boston)

CHAPTER 13 PLAN COVER SHEET

Filing Date: 8-26-15                                            Docket No.: New Case

Debtors: David Allison                                          Pauline Allison

Soc. Sec. No.: xxx-xx-5912                                      Soc. Sec. No.: xxx-xx-9690

Address: 34 Pamela Drive, Swansea, MA 02777

Debtor's Counsel

Robert S. Simonian, Esq.
Bucacci And Simonian, P.C.
155 North Main Street
Fall River, MA 02720
508-678-4000
B.B.O. Number 631617

Attached to this cover sheet is the Chapter 13 Plan filed by the Debtor(s) in this case. This plan sets out the proposed treatment of the claims of creditors. The claims are set forth in the bankruptcy schedules filed by Debtor(s) with the Bankruptcy Court.

You will receive a separate notice from the Bankruptcy court of the scheduled Creditor's Meeting pursuant to 11 U.S.C. § 341. That notice will also establish the bar date for filing Proof of Claims.

Pursuant to the Massachusetts Local Bankruptcy Rules, you have until thirty (30) days after the section 341 Meeting to file an objection to confirmation of the Chapter 13 Plan, which objection must be served on the Debtor(s), Debtor's Counsel an the Chapter 13 Trustee.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CHAPTER 13 PLAN

**DEBTOR(S)**                                                   Docket Number New Case

David Allison                                                   Soc. Sec. No.: xxx-xx-5912
Pauline Allison                                                 Soc. Sec. No.: xxx-xx-9690

I. **PLAN PAYMENT AND TERM:**

Debtor(s) shall pay monthly to the Trustee the sum of **$773.00** for the term of:

_____ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
_____ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
__X__ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor(s) aver the following cause: Debtors require a 60 month plan to cure mortgage arrears and to cure priority debts.

II. **SECURED CLAIMS:**

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| Cenlar | Pre-petition 1st mortgage | $10,250.00 |
| Admirals Bank | Pre-petition 2nd mortgage | $500.00 |
| Eastern Bank | Automobile Loan | $10,643.38* |

* The above amount is the fair market value of the vehicle ($9,400.00) at a modified rate of interest (5.00%) amortized over the duration of this Chapter 13 Plan (60 months) for a total of $10,643.38 to be paid through the Plan. See modification of secured claims below.

**Total of secured claims to be paid through the Plan:**                        **$21,393.38**

B. Claims to be paid directly by debtor(s) to creditors (Not through Plan):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

C. **Modification of Secured Claims**: Debtor intends to modify the secured automobile loan of Eastern Bank by reducing the interest rate to 5.00% and reducing the loan balance to the fair market value of the vehicle ($9,400.00) and Debtor intends to pay the total ($10,643.38) through the chapter 13 plan and satisfy the loan in full.

D. Lease:

i.) The Debtor(s) intend(s) to reject the residential/personal property lease claims of: _____

ii.) The Debtor(s) intend(s) to assume the residential/personal property lease claims of: _____

iii.) The Arrears under the lease to be paid under the Plan are: $ _____

## III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |

B. Other Priority Claims:

| Creditor | Description of Claim | Amount of Claim |
| --- | --- | --- |
| Massachusetts DOR | Income tax | $900.00 |
| Internal Revenue | Income tax | $12,500.00 |
| Rhode Island Division Of Taxation | Income tax | $4,300.00 |

Total of Priority Claims to be Paid Through Plan: $17,700.00

## IV. ADMINISTRATIVE CLAIMS:

A. Attorney Fees (to be paid through the Plan): $2,600.00

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |

C. The Chapter 13 Trustee's fee is determined by Order of the United State Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of 0.00% of their claims.

A. General unsecured claims: $ 94,000.00

B. Undersecured claims arising after lien avoidance / cram down:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Eastern Bank | Automobile loan | $10,000.00* |

*Estimated unsecured balance after cram down.

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

**Total of Unsecured Claims: (A+B+C):**   $ 104,000.00

D. Multiply total by percentage:    $ 0.00
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total amount of separately classified claims payable at ___%    $ 0.00

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan: n/a
B. Miscellaneous Provisions: None

## VII. CALCULATION OF PLAN PAYMENT:

| | |
|---|---|
| a. Secured claims (Section I-A total): | $ 21,393.38 |
| b. Priority claims (Section II-A & B total): | $ 17,700.00 |
| c. Administrative claims (Section III-A & B total): | $ 2,600.00 |
| d. Regular unsecured claims (Section IV-D total): | $ 0.00 |
| e. Separately classified unsecured claims: | $ 0.00 |
| f. Total of a + b + c + d + e above:  = | $ 41,693.38 |
| g. Divide (f) by .90 for a total including Trustee's Fee:  = | $ 46,325.98 |
| **Cost of Plan** = | **$ 46,325.98** |

(This represents to total amount to be paid into the Chapter 13 Plan).

h.  Divide (g), Cost of Plan, by the Term of Plan, 60 months =     $ 772.10

i.  **Round up to nearest dollar for Monthly Plan Payment:**    **$ 773.00**
    (Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor(s) shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor(s) shall make pre-confirmation adequate protection payments directly to the secured creditor(s).

## VIII. LIQUIDATION ANALYSIS

A.  Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 34 Pamela Dr. Swansea, MA | $237,300.00 | $253,343.00 |

**Available Chapter 7:**    $ 0.00

B.  Automobile(s):

| (Describe year, make, model): | Value | Lien | Exemption |
|---|---|---|---|
| 2008 Ford Edge | $9,400.00 | $17,232.00 | $1.00 |
| 2007 Ford Fusion | $3,900.00 | $1,200.00 | $3,675.00 |

Total Net Equity:    $ 2,700.00

Less Total Exemptions (Schedule C):    $ 3,676.00

**Available Chapter 7:**    $ 0.00

C.  All other Assets: (All remaining items on Schedule B: (Itemize as necessary)

Total Net Value:    $ 8,154.00

Less Exemptions (Schedule C):    $ 8,154.00

**Available Chapter 7:**    $ 0.00

D.  Summary of Liquidation Analysis (total amount available under Chapter 7): Net Equity ( A and B) plus Other Assets (C) less all claimed Exemptions: $ 0.00

E.  Additional Comments regarding Liquidation Analysis: none

IX. SIGNATURES

Pursuant to the Chapter 13 Rules, the debtor(s) or his/her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Robert S. Simonian, Esq.            Dated: August 28 2015
Robert S. Simonian, Esq.
155 North Main Street
Fall River, MA 02720
508-678-4000
B.B.O. Number 631817

I/WE DECLARE UNDER THE PENALITIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/David Allison                        Dated: August 28 2015
David Allison

/s/Pauline Allison                      Dated: August 28 2015
Pauline Allison

## CERTIFICATE OF SERVICE

I, Robert S. Simonian, Esq., Attorney for the Debtor(s), hereby certify, under the pains and penalties of perjury, that I did serve a copy of the foregoing Chapter 13 Plan upon the following parties by delivering same by first class mail, postage prepaid and / or via the Bankruptcy Court's Electronic Filing System.

### Via Electronic Service:

1. Trustee Bankowski

2. U.S. Bankruptcy Trustee

### Via First Class Mail:

See attached mailing list

Dated: August 28 2015

/s/ Robert S. Simonian, Esq.
Robert S. Simonian, Esq.
Bucacci And Simonian, P.C.
155 N. Main Street
Fall River, MA 02720
508-678-4000
B.B.O. No.: 631817

Admirals Bank
815 Reservoir Avenue
Cranston, RI 02910

Admirals Bank
PO Box 6808
Providence, RI 02940

Alliance One Receivables Management
4850 Street Road
Suite 300
Feasterville Trevose, PA 19053

Alliance One Receivables Management
PO Box 3107
Southeastern, PA 19398

Allianceone Receivables Management
PO Box 3100
Southeastern, PA 19398

American Express
PO BOX 981537
El Paso, TX 79998

American Express
PO BOX 297879
Fort Lauderdale, FL 33329

American Express
PO Box 981535
El Paso, TX 79998

American Express
PO Box 1270
Newark, NJ 07101

American Express
19640 N. 31st Avenue
Phoenix, AZ 85027

Capital One
PO Box 30281
Salt Lake City, UT 84130

Capital One
PO BOX 30285
Salt Lake City, UT 84130

Capital One
PO Box 5253
Carol Stream, IL 60197

Capital One
PO BOX 30253
Salt Lake City, UT 84130

Capital One
PO Box 71083
Charlotte, NC 28272

Capital One
PO Box 5893
Carol Stream, IL 60197

Capital One - Bankruptcy
6125 Lakeview Rd., # 800
Charlotte, NC 28269

Cenlar Federal Savings & Loan
425 Phillips BLVD
Trenton, NJ 08618

Chase
PO Box 15298
Wilmington, DE 19850

Chase
PO Box 24696
Columbus, OH 43224

Chase
PO BOX 15153
Wilmington, DE 19886

Chase
PO BOX 15123
Wilmington, DE 19886

Chase
PO Box 15919
Wilmington, DE 19850

Citibank
P.O. Box 6500
Sioux Falls, SD 57117

Comenity Bank
Recovery Dept.
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank
PO Box 182272
Columbus, OH 43218

Comenity Bank
PO Box 182119
Columbus, OH 43218

Comenity Bank
4590 E. Broad St.
Columbus, OH 43213

Comenity Bank/Avenue
PO Box 182789
Columbus, OH 43218

Comenity Bank/Roamans
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/Roamans
PO Box 659728
San Antonio, TX 78265

Comenity/Avenue
PO Box 659584
San Antonio, TX 78265

Computer Credit Inc.
Claim Dept 003311
PO Box 5238
Winston Salem, NC 27113

Computer Credit Inc.
Claim Dept 003311
640 West 4th St.
Winston Salem, NC 27113

Credit First NA
PO BOX 81344
Cleveland, OH 44181

Credit First/Firestone
PO BOX 81083
Cleveland, OH 44181

Credit First/Firestone
PO BOX 81344
Cleveland, OH 44181

Dell Financial Services
PO BOX 5292
Carol Stream, IL 60197

Dell Preferred Account
PO Box 6403
Carol Stream, IL 60197

Dell Preferred Account
PO Box 81585
Austin, TX 78708

Dermatology Center Inc.
1030 President Ave.
Suite 114
Fall River, MA 02720

Discover
PO Box 15316
Wilmington, DE 19850

Discover
PO Box 3025
New Albany, OH 43054-3025

Discover
PO BOX 71084
Charlotte, NC 28272

Eastern Bank
151 Campanelli Drive
Middleboro, MA 02346

Eastern Bank
PO BOX 843350
Boston, MA 02284

Eastern Bank
195 Market St.
Lynn, MA 01901

Firestone
PO Box 81410
Cleveland, OH 44181

GE Capital Retail Bank
4125 Windward Plaza
Alpharetta, GA 30005

GE Money Bank - Bankruptcy Dept.
PO Box 103104
Roswell, GA 30076

Graystone Solutions
321 Common Wealth Rd
Wayland, MA 01778

Home Depot
PO BOX 182676
Columbus, OH 43218

Home Depot
PO BOX 790328
Saint Louis, MO 63179

Home Depot Credit Services
PO Box 790393
Saint Louis, MO 63179

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Groups - Stop 20800
15 New Sudbury St.
PO Box 9112
Boston, MA 02203

Kohl's
PO BOX 2983
Milwaukee, WI 53201

Kohl's
PO BOX 3115
Milwaukee, WI 53201

Kohl's
PO BOX 3120
Milwaukee, WI 53201

Kohls/Capital One
PO Box 3115
Milwaukee, WI 53201-3115

Loancare Servicing Center
3637 Sentara Way
Virginia Beach, VA 23452

Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Military Star
3911 S Walton Walker
Dallas, TX 75236

Military Star
PO Box 830031
Baltimore, MD 21283

Military Star
PO Box 650410
Dallas, TX 75265

Minuteclinc Diagnostic of MA
PO Box 14000
Belfast, ME 04915

Minuteclinc Diagnostic of MA
PO Box 329
Woonsocket, RI 02895

Navy Federal Credit Union
PO BOX 3700
Merrifield, VA 22119

Navy Federal Credit Union
PO BOX 3500
Merrifield, VA 22119-3500

Navy Federal Credit Union
PO Box 3300
Merrifield, VA 22119

Prima Care
67 Grand Army Highway
Sommerset, MA 02726

Prima Care PC
PO BOX 1029
Fall River, MA 02722

Quest Diagnostics
PO Box 740172
Cincinnati, OH 45274-0172

Quest Diagnostics
PO Box 7306
Hollister, MO 65673

Rhode Island Division of Taxation
One Capital Hill
Providence, RI 02908

Rockland Federal Credit Union
241 Union Street
Rockland, MA 02370

Rockland Trust
288 Union Street
Rockland, MA 02370

SouthCoast Hospital Group
PO BOX 11357
Boston, MA 02211

SouthCoast Hospital Group
363 Highland Avenue
Fall River, MA 02720

SouthCoast Hospital Group
101 Page Street
New Bedford, MA 02740

Southcoast Hospitals Group
PO Box 11357
Boston, MA 02211-1357

Sunoco
PO BOX 689155
Des Moines, IA 50368

Sunoco, Inc.
PO Box 689155
Des Moines, IA 50368-9155

Sunoco/Citibank
PO Box 6497
Sioux Falls, SD 57117

Sunoco/Citibank
PO Box 6407
Sioux Falls, SD 57117

SYNCB/Amazon
PO Box 965015
Orlando, FL 32896

SYNCB/Lowes
PO Box 530914
Atlanta, GA 30353

SYNCB/TJX COS DC
PO Box 530948
Atlanta, GA 30353

SYNCB/Walmart DC
PO Box 965024
Orlando, FL 32896

SYNCB/Walmart DC
PO Box 530927
Atlanta, GA 30353

Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

Synchrony Bank/Amazon
PO Box 960013
Orlando, FL 32896-0061

Synchrony Bank/Care Credit
PO Box 965036
Orlando, FL 32896

Synchrony Bank/Lowes
PO Box 965005
Orlando, FL 32896

Synchrony Bank/TJX COS
PO Box 965005
Orlando, FL 32896

Synchrony Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896

Target
3901 West 53rd Street
Sioux Falls, SD 57106

Target Card Services
PO Box 660170
Dallas, TX 75266-0170

TD Bank NA
PO Box 84037
Columbus, GA 31908

TD Bank USA/Targetcredit
3701 Wayzata BLVD #MS6C
Minneapolis, MN 55416

TD Bank USA/Targetcredit
PO Box 673
Minneapolis, MN 55440

THD/CBNA
PO Box 6497
Sioux Falls, SD 57117

The Exchange
PO Box 740890
Cincinnati, OH 45274

Tractor Supply/Citibank
PO Box 6497
Sioux Falls, SD 57117

Tractor Supply/Citibank
PO Box 183015
Columbus, OH 43218

Tractor Supply/Citibank
PO Box 6403
Sioux Falls, SD 57117

Transworld Systems Inc
PO Box 17221
Wilmington, DE 19850

Transworld Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044

Truesdale Surgical Associates Inc
1030 President Avenue
Suite 3002
Fall River, MA 02720

Webbank/DFS
PO Box 81607
Austin, TX 78708

Webbank/DFS
215 South State Street
Suite 800
Salt Lake City, UT 84111